# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

YASIR MEHMOOD,

    Plaintiff,

v.

NICOLE SOLANDER, et al.,

    Defendants.

Case No. 2:16-cv-00541-GMN-CWH

**ORDER**

The United States Postal Service returned as undeliverable the court's recent order in this case. (Mail Returned as Undeliverable (ECF No. 5); Order (ECF No. 3).) Thus, it appears that Mr. Mehmood is no longer at the address on file with the court. Under Local Rule IA 3-1,

> An attorney or pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court.

Mr. Mehmood must file a notice with his current address with the court by May 4, 2018. If Mr. Mehmood does not update his address by that date, the court will recommend dismissal of this case.

    IT IS SO ORDERED.

    DATED: April 3, 2018

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**