# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| YASIR MEHMOOD, | Case No. 2:16-cv-00541-GMN-CWH |
| Plaintiff, | |
| v. | **REPORT AND RECOMMENDATION** |
| NICOLE SOLANDER, et al., | |
| Defendants. | |

On March 14, 2018, the court entered a screening order that dismissed plaintiff Yasir Mehmood's complaint without prejudice and give him a deadline of April 13, 2018, to file an amended complaint. (Screening Order (ECF No. 3).) Plaintiff was advised that failure to comply with the order would result in a recommendation that his case be dismissed. (*Id.* at 4.) When the United States Postal Service returned the screening order as undeliverable, the court entered a subsequent order requiring plaintiff to file a notice with his current address by May 4, 2018. (Order (ECF No. 6).) Once again, plaintiff was advised that failure to comply with the order would result in a recommendation that his case be dismissed. (*Id.*) Plaintiff has not complied with the court's orders or taken any other action in the case, and he therefore appears to have abandoned this case.

IT IS THEREFORE RECOMMENDED that plaintiff Yasir Mehmood's case be dismissed without prejudice.

IT IS FURTHER RECOMMENDED that his applications to proceed *in forma pauperis* (ECF Nos. 1, 2) be denied as moot.

## NOTICE

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served

with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: May 18, 2018

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**