# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

YASIR MEHMOOD,

        Plaintiff,

vs.

NICOLE SOLANDER, *et al.*,

        Defendants.

Case No.: 2:16-cv-00541-GMN-CWH

**ORDER**

Pending before the Court is the Report and Recommendation of United States Magistrate Judge Carl W. Hoffman, (ECF No. 8), which recommends that Yasir Mehmood's, ("Plaintiff"), case be DISMISSED without prejudice for Plaintiff's failure to comply with the Court's Order to update his address, (ECF No. 6).

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id*. The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed. Further, each order entered and mailed to the Plaintiff in this case has been returned by the United States Postal

Service as undeliverable. (*See* ECF Nos. 5, 7, 9). Pursuant to LR IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address…" and "[f]ailure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court."

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 8), is **ACCEPTED and ADOPTED** in full.

**IT IS FURTHER ORDERED** that Plaintiff Yasir Mehmood's case is **DISMISSED without prejudice**.

The Clerk of Court shall close this case and enter judgment accordingly.

**DATED** this \_\_\_\_14\_\_\_\_ day of June, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court